**Order entered March 26, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01248-CV

**JANEE HARRELL, Appellant**

**V.**

**CITIBANK SOUTH DAKOTA, N.A., Appellee**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-05242-2010**

## ORDER

We **GRANT** appellant's March 25, 2015 unopposed motion for an extension of time to file a reply brief. Appellant shall file a reply brief by **APRIL 1, 2015**.

/s/     ELIZABETH LANG-MIERS
           JUSTICE